**Order entered July 16, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00172-CR

**CHARLES VERNON HAYNES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-80283-2013**

## ORDER

Appellant's July 14, 2014 second motion for extension of the time to file appellant's brief is **GRANTED**. The time to file appellant's brief is **EXTENDED** to **August 13, 2014**. If the brief is not timely filed by the extended due date, the Court will abate this case and order the trial court to conduct a hearing on why the brief has not been filed.

/s/     LANA MYERS
           JUSTICE